# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 5:19-cv-00523-KES                                    Date: January 31, 2020

Title:  DONALD IRWIN v. ANDREW SAUL, Commissioner of Social Security

PRESENT:

<u>THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE</u>

| Jazmin Dorado | Not Present |
|:---:|:---:|
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**            **Order to Show Cause**


In December 2019, the Court extended the filing deadline for the final Joint Stipulation to January 29, 2020.  (Dkt. 23.)  As of the date of this Order, the Court has not received the Joint Stipulation.  Plaintiff is ordered to show cause **on or before February 7, 2020**, why this case should not be dismissed for lack of prosecution.  Plaintiff may discharge this OSC by filing the Joint Stipulation by February 7, 2020.


Initials of Deputy Clerk <u>JD</u>